NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000762
23-APR-2015
11:53 AM**

NO. CAAP-12-0000762

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


BRUCE EDWARD COX, Plaintiff-Appellant, v.
CARLYN DAVIDSON COX, Defendant-Appellee


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DIVORCE NO. 06-1-0096)



ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, Chief Judge, Leonard and Reifurth, JJ.)

Upon consideration of Defendant-Appellee's Motion for Reconsideration, filed on April 21, 2015, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, April 23, 2015.

On the motion:

Carlyn Davidson Cox
Defendant-Appellant Pro Se

Chief Judge

Associate Judge

Associate Judge